05-15-00763-CV

Filed: 6/18/2015 9:59:02 AM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Sandra Hill Deputy
Envelope ID: 5724833

CAUSE NO. 429-05080-2013

| | | |
|---|---|---|
| SC LEGACY INDEPENDENCE, LTD., AND WEITZMAN MANAGEMENT CORP., | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | 429th JUDICIAL DISTRICT |
| SPY, INC., DENO SPYROPOULOS, AND GINA SPYROPOULOS, | § § § § | |
| Defendants. | § § | COLLIN COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/18/2015 2:03:09 PM
LISA MATZ
Clerk

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Spy, Inc., Deno Spyropoulos, and Gina Spyropoulos (collectively, the "Defendants") and pursuant to Rule 25 of the Texas Rules of Appellate Procedure, files this notice of their desire to appeal the Final Judgment on Plaintiffs SC Legacy Independence, Ltd. and Weitzman Management Corporation's First Amended Traditional Motion for Summary Judgment on Plaintiffs' Claims and No Evidence Motion for Summary Judgment on Defendants' Counterclaims signed May 20, 2015.

The Final Judgment and Order was signed in Cause No. 429-05080-2013; *SC Legacy Independence, Ltd. and Weitzman Management Corp., v. Spy, Inc., Deno Sypropoulos, and Gina Spyropoulos* in the 429th Judicial District of Collin County, Texas. This appeal is taken to the Fifth Court of Appeals.

**DEFENDANTS' NOTICE OF APPEAL** **PAGE 1**

Respectfully submitted,

MARIS & LANIER, P.C.


/s/ Robert F. Maris
Robert F. Maris
State Bar No. 12986300
rmaris@marislanier.com
3710 Rawlins Street, Suite 1550
Dallas, Teas 75219
214-706-0920 telephone
214-706-0921 facsimile

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with Rule 21a of the Texas Rules of Civil Procedure on the 18th day of June, 2015 to:

Hillary Kramer Lynch
Cobb Martinez Woodward PLLC
1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
**VIA FACSIMILE**

/s/Robert F. Maris
Robert F. Maris